AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

JOHN DOE,

CASE NUMBER:  1:24-cv-04125

V.

ASSIGNED JUDGE:  Hon. John Robert Blakey

NORTHWESTERN UNIVERSITY,

DESIGNATED
MAGISTRATE JUDGE:  Hon. Jeffrey Cole

TO: (Name and address of Defendant)

> Northwestern University
> c/o Office of General Counsel
> 633 Clark Street (on the Evanston campus)
> Evanston, IL  60208
> (847-491-5605)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Elizabeth A. Fegan
> Fegan Scott LLC
> 150 S. Wacker Dr., 24th Floor
> Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Vanessa Miller_

(By) DEPUTY CLERK

May 21, 2024

DATE

# RETURN OF PROCESS SERVER

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
(NAME OF COURT)

| Doe, John | VS | Northwestern University | 1:24cv04125 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Mike Noble**_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I received this request on __5/21/2024__.

Service: I ☒ served ☐ was unable to serve: __Northwestern Univserity c/o office of General Counsel__
NAME OF PERSON TO BE SERVED

with (list documents)__Civil Cover Sheet, Summons and Complaint__

by leaving with __Joseph Kline__          __Associate General Counsel__
                    NAME                    RELATIONSHIP / POSITION

☐ Residence _____

☒ Business __633 Clark Street (on Evanston Campus) Evanston, IL, 60208__

On __5/22/2024__                 AT __8:58 AM__
        DATE                          TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Corporate:** By personally delivering copies to the person named above.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                            DATE      TIME        DATE      TIME

(3)_____ (4)_____ (5)_____
   DATE      TIME         DATE      TIME         DATE      TIME

**Description:.** Age __47__ Sex __M__ Race __W__ Height __5'9"__ Weight __160__ Hair __Brown__ Beard __N/A__ Glasses __N/A__

_____
SIGNATURE OF PROCESS SERVER