**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>                Defendant. | Case No. 1:24-cv-04125-JRB-JC |

**MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Local Rule 83.17, attorney Paige L. Smith, for Plaintiff John Doe, respectfully requests her appearance be withdrawn from this matter. Plaintiff John Doe will continue to be represented by attorneys Elizabeth A. Fegan and Jonathan D. Lindenfeld of Fegan Scott LLC.

WHEREFORE, Plaintiff John Doe respectfully requests that the appearance of Paige L. Smith in this matter be withdrawn.

May 30, 2024

                                                                         Respectfully submitted,

                                                                         */s/ Paige L. Smith*

                                                                         Paige L. Smith
                                                                         FEGAN SCOTT LLC
                                                                         150 S. Wacker Dr., 24th Floor
                                                                         Chicago, IL 60606
                                                                         Ph: 847.893-0783
                                                                         Fax: 312.264.0100
                                                                         paige@feganscott.com