## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe
                    Plaintiff,

v.                                        Case No.: 1:24−cv−04125
                                                     Honorable John Robert Blakey

Northwestern University
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2024:

       MINUTE entry before the Honorable John Robert Blakey: Attorney Paige L. Smith's motion to withdraw as attorney [8] is granted. Joshua Richards' motion for leave to appear pro hac vice [12] is also granted. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.