UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-04125-JRB-JC |
| Plaintiff, | Honorable John Robert Blakey |
| v. | |
| NORTHWESTERN UNIVERSITY, | |
| Defendant. | |

**NORTHWESTERN UNIVERSITY'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, Defendant Northwestern University ("Northwestern") states as follows:

Northwestern is a private, not-for-profit institution of higher education and research organized and existing under the laws of Illinois and has no publicly held affiliates.

Dated: June 4, 2024

Respectfully submitted,

SAUL EWING LLP

*/s/ James A. Morsch*
James A. Morsch
Casey Grabenstein
Elizabeth A. Thompson
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: 312-876-7100
Jim.Morsch@saul.com
Casey.Grabenstein@saul.com
Elizabeth.Thompson@saul.com

52396931.2

Joshua Richards (*pro hac vice* pending)
SAUL EWING LLP
1500 Mark Street, 38th Floor
Philadelphia, PA 19102
Tel: 215-972-7737
Joshua.Richards@saul.com

*Attorneys for Northwestern University*