# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>Defendant. | No. 24-cv-4125<br><br>Hon. John Robert Blakey |

## NOTICE OF MOTION

To: See Certificate of Service

**PLEASE TAKE NOTICE** that on June 26, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendant's **Motion to Reassign and Consolidate**, a copy of which is attached and hereby served upon you.

Dated: June 14, 2024

Respectfully submitted,

NORTHWESTERN UNIVERSITY

By: /s/ Elizabeth A. Thompson
   One of its attorneys

James A. Morsch (james.morsch@saul.com)
Casey Grabenstein (casey.grabenstein.com)
Elizabeth A. Thompson (elizabeth.thompson@saul.com)
Megan Warshawsky (megan.warshawsky@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

Joshua W.B. Richards (joshua.richards@saul.com) – *pro hac vice*
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7777

52490251.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 14, 2024, she caused the foregoing **Notice of Motion** to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter, and sent notice via email to:

Steven P. Blonder (sblonder@muchlaw.com)
Joanne A. Sarasin (jsarasin@muchlaw.com)
Laura A. Elkayam (lelkayam@muchlaw.com)
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606

Counsel for Plaintiffs in *Doe, et al. v. Northwestern University*, 24-cv-4831.

/s/ Elizabeth A. Thompson

52490251.1