**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3, individually and on behalf of all other students similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTHWESTERN UNIVERSITY, )<br>)<br>Defendant. ) | Case No. 1:24-CV-04125-JRB-JC |

**NOTICE OF MOTION**

To: See Certificate of Service

    **PLEASE TAKE NOTICE** that on August 28, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Robert Blakely or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendant's **Unopposed Motion for Leave to Exceed Page Limit for Motion to Dismiss**, a copy of which is attached and hereby served upon you.

Dated: August 23, 2024

                                                                                                                 Respectfully submitted,

                                                                                                                 NORTHWESTERN UNIVERSITY

                                                                                                                 By: */s/ Casey T. Grabenstein*
                                                                                                                     One of its attorneys

Casey Grabenstein (casey.grabenstein@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Tel.: (312) 876-7100

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on August 23, 2024, he caused the foregoing motion to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

*/s/ Casey T. Grabenstein*