UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Doe
                Plaintiff,

v.                                                 Case No.: 1:24−cv−04125
                                                         Honorable John Robert Blakey

Northwestern University
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion to exceed the page limit [25] and strikes the 8/28/24 Notice of Motion date. Additionally, in light of Defendant's indication that it will move to dismiss the consolidated complaint on 8/27/24, Plaintiffs shall review the Court's Standing Order on Motions to Dismiss, which is available on the Court's homepage at www.ilnd.uscourts.gov. Consistent with the purpose of the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Court's Standing Order requires Plaintiffs to make an election as to whether they will amend the complaint under Rule 15(a)(1) or stand on the current complaint and proceed with briefing on the forthcoming motion to dismiss. To this end, Plaintiffs shall file either an amended complaint or a response to the motion to dismiss by 9/17/24. If Plaintiffs elect to brief the motion to dismiss, they may file a response brief of up to 25 pages. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.