# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>    Defendant. | Case No. 1:24-cv-04125-JRB-JC<br><br>Honorable John Robert Blakey |

**DECLARATION OF PLAINTIFF** ▇▇▇▇▇▇▇▇ **(JOHN DOE 3)**

1. I, ▇▇▇▇▇ am over the age of eighteen and declare that the following information is true, correct, and based on my personal knowledge:

2. I am the plaintiff identified as John Doe 3 in the Consolidated Class Action Complaint filed in this lawsuit.

3. I am a graduate student at Northwestern's Weinberg College of Arts & Science.

4. I live in Chicago, Illinois near Northwestern's Evanston campus.

5. Since October 7, 2023, I have had violent antisemitic rhetoric shouted at me on multiple occasions.

6. On one occasion, I was walking near an unauthorized demonstration on campus called "Strike for Gaza" when I encountered a woman giving a lecture to a group of students. I recognized that there were posters at the demonstration that stated "resistance is justified when people are occupied. #AlAqsaFlood." A woman organizing the demonstration repeated the phrase "resistance is justified when people are occupied" at me. I understand that "AlAqsaFlood" refers to "Operation Al Aqsa Flood," which is the name that Hamas uses to refer to its October 7th terrorist operation. I understand that there is no other context or meaning for the phrase other than Hamas'

attack on October 7th. Similarly, I understand the phrase "resistance is justified when people are occupied," particularly in this context, to be an acceptance of Hamas' October 7th terrorist operation and call for further violence.

7. While the encampment was ongoing, a masked "protester" threatened me with physical violence by making an inverted triangle symbol with his hands at me, which is a symbol Hamas uses to identify targets in its propaganda videos and is widely recognized as a call for violence specifically against Israelis and Jews. Next to this "protester" was another masked individual who took a photo of me with my face exposed. I am concerned that my picture was subsequently spread online by pro-Hamas demonstrators in an attempt to "doxx" me, which could result in individuals targeting me for, among other things, physical assault.

8. I have also been the subject of false accusations that were vexatiously reported to the university as a form of retaliation, solely due to my Jewish identity. The accusations were subsequently investigated and dismissed by Northwestern but caused me significant emotional distress.

9. In addition to the anti-Jewish incidents that I experienced first-hand, I am aware of many other incidents on campus which contributed to the overwhelming hostility I endured on campus. I am aware that Jewish students have been physically assaulted and that Hamas' terrorist acts intended to kill Jews are commonly glorified on Northwestern's campus.

10. As a result of the antisemitic incidents on campus, I have begun to suffer from a heightened state of anxiety and agitation on and off campus. The anxiety I now experience negatively affects my sleep. Moreover, it affects my ability to concentrate on work at Northwestern. In order to minimize the negative impact of the harassment I have experienced on campus, I now avoid being on campus whenever possible and only go on campus when necessary.

11. I am also anxious that a physical or verbal antisemitic incident can occur at any moment on campus and am afraid that other students and faculty members might identify me as Jewish and, as a result, target me because of my Jewish identity when I return to campus for the Fall academic quarter. I fear that members of Northwestern's campus as well as individuals in the

general public will seek to intimidate me, as they have done to others, which may include acts of physical violence.

12. I understand that Northwestern has not removed the individuals and organizations responsible for my harassment from campus and such individuals and organizations will remain on campus when I return for the Fall quarter.

13. I am not a public figure or generally known to the public. Rather, I am a private individual who wishes to keep his religious beliefs and Jewish identity confidential for fear of further victimization from radicals amongst society and on campus.

14. I have not discussed or otherwise revealed my participation as a party to this Action with any third party.

15. If I am forced to reveal my identity to the public, I would reconsider my desire to be a plaintiff in this action due to fear of physical violence and intimidation.

16. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2024

███████████  
███████ (John Doe 3)