**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:24-cv-04125-JRB-JC |
| v. | Honorable John Robert Blakey |
| NORTHWESTERN UNIVERSITY, | |
| Defendant. | |

**NOTICE OF PRESENTMENT OF MOTION**

**TO:  ALL COUNSEL OF RECORD IN THIS MATTER, NOTIFIED VIA CM-ECF:**

**PLEASE TAKE NOTICE** that on September 11, 2024, at 11:00 am, counsel will appear before the Honorable John Robert Blakely or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiff John Doe 3's Unopposed Motion to Proceed Pseudonymously, a copy of which is being served on you herewith.

Dated: August 30, 2024

Respectfully submitted,

By:   _/s/ Elizabeth A. Fegan_____

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Jonathan D. Lindenfeld (*Pro Hac Vice*)
FEGAN SCOTT LLC
305 Broadway, 7th Floor
New York, NY  10007
Ph: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

David Freydin
LAW OFFICES OF DAVID FREYDIN
8707 Skokie Blvd # 312
Skokie, IL 60077
Ph: 312.544.0365
Fax: 866.575.3765


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 30, 2024, she caused the foregoing

motion to be filed electronically with the Clerk of the U.S. District Court, using the Court's

CM/ECF system, which sent electronic notification to all parties who have appeared and are

registered as CM/ECF participants in this matter.


*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan