# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** JANE DOE, et al., individually and on behalf of all others similarly situated
Plaintiffs,
-v- NORTHWESTERN UNIVERSITY,
Defendant.

**Case Number:** 24-cv-04125

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs, Jane Doe, et al., individually and on behalf of all others similarly situated

**Attorney name (type or print):** Laura A. Elkayam

**Firm:** MUCH SHELIST, P.C.

**Street address:** 191 N. Wacker Drive, Suite 1800

**City/State/Zip:** Chicago, IL 60606

**Bar ID Number:** 6303237
(See item 3 in instructions)

**Telephone Number:** 312-521-2000

**Email Address:** lelkayam@muchlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you a member of the court's general bar? | X | |
| Are you a member of the court's trial bar? | | X |
| Are you appearing *pro hac vice*? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** September 9, 2024

**Attorney signature:** S/ Laura A. Elkayam
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023