**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                                          Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                                       Telephone Number:
(See item 3  in instructions)

Email Address:

Are you acting as lead counsel in this case?          ☐ Yes    ☐ No   Lead Counsel for
                                                                        Proposed Amici

Are you a member of the court's general bar?          ☐ Yes    ☐ No

Are you a member of the court's trial bar?            ☐ Yes    ☐ No

Are you appearing *pro hac vice*?                     ☐ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes    ☐ No

If this is a criminal case, check your status.

                                        ☐   Retained Counsel

                                        ☐   Appointed Counsel
                                            If appointed counsel, are you a

                                            ☐ Federal Defender

                                            ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:      S/_____
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023