UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JANE DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3, individually and on behalf of all other students similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 24-cv-01425 ) |
| v. | ) Honorable Judge John R. Blakey |
| NORTHWESTERN UNIVERSITY, | ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, October 2, 2024 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable John R. Blakey or any Judge sitting in his stead in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Motion For Leave To File Brief As *Amici Curiae* In Support Of Plaintiffs**, a copy of which has been filed and served upon you via the Court's ECF system.

Dated: September 24, 2024

Respectfully submitted,

/s/ Stephanie Scharf

Stephanie Scharf
Theodore Banks
SCHARF BANKS MARMOR LLC
30 W. Hubbard Street, Suite 500
Chicago, IL, 60654
Tel: (312) 726-6000
sscharf@scharfbanks.com
tbanks@scharfbanks.com

*Counsel for Amici Curiae*

1

## **CERTIFICATE OF SERVICE**

I, Stephanie Scharf, hereby certify that I caused the foregoing NOTICE OF MOTION to be served on all counsel of record to matter 1:24-cv-04125 via ECF Filing on September 24, 2024.

Dated: September 24, 2024 　　　　　　　　　　　　　　　*/s/ Stephanie Scharf*