**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

John Doe, et al.

                            Plaintiff,

v.                                                     Case No.: 1:24−cv−04125
                                                          Honorable John Robert Blakey

Northwestern University

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court denies without prejudice NJAC and CAAN's motion for leave to file an amicus brief in support of Plaintiffs [37] and strikes the 10/2/24 Notice of Motion date. The pending motion remains predicated upon the sufficiency of the allegations in the complaint and upon Plaintiffs' standing to pursue certain claims. As a result, any "unique information or perspective" in the hands of amici remains irrelevant at this early stage and amicus briefs remain inappropriate at this time. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.