## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

John Doe, et al.

                 Plaintiff,

v.                                  Case No.: 1:24–cv–04125
                                  Honorable John Robert Blakey

Northwestern University

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion for leave to file an oversized brief [62] and strikes the 6/3/26 Notice of Motion date. Defendant may file a brief of up to 25 pages in support of its forthcoming motion to dismiss. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.