## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

John Doe, et al.

                    Plaintiff,

v.

                                            Case No.: 1:24–cv–04125

Northwestern University                           Honorable John Robert Blakey

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court takes Defendant's motion to dismiss [65] under advisement, strikes the 6/17/26 Notice of Motion date, and strikes the parties' 6/15/26 status report deadline. Plaintiffs shall respond to the motion to dismiss [65] by 7/6/26, and Defendant shall file any reply by 7/20/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.